# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                                                       Case No. 18−81088
Chapter 13

Jonathan T Golden,

        Debtor.

## ORDER CONFIRMING PLAN

        The debtor's plan filed on September 20, 2018, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

        It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

        It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated November 19, 2018

William R. Sawyer
United States Bankruptcy Judge